# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RODNEY MITCHELL LUNDY, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 14-0102-CG-M |
| LOUIS BOYD, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition is **DENIED**, as this Court does not have jurisdiction over it, and that this action be and is hereby **DISMISSED**.

**DONE and ORDERED** this 30th day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE